AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
DEC 1 0 2015
PER _____
HARRISBURG, PA DEPUTY CLERK

Stefan Golder )
*Plaintiff* )
v. ) Civil Action No. 4:15-cv-01302
Verde Energy USA, Inc. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Per Rule 68 Offer of Judgment - Judgment is hereby entered in favor of the plaintiff, STEFAN GOLDER and aganist the defendant, VERDE ENERGY, USA, INC. in the amount of $501.00 plus 28 U.S.C. Section 1920 costs accrued to date in this action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: December 10, 2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*